OFFICE OF DISCIPLINARY COUNSEL *v.* MBAKPUO.

[Cite as *Disciplinary Counsel v. Mbakpuo* (1995), 73 Ohio St.3d 292.]

(No. 94–2645—Submitted April 24, 1995—Decided August 23, 1995.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Chukwujindu Victor Mbakpuo, pro se.*

*Per Curiam.* Having reviewed the record, we concur in the board's finding that respondent violated DR 1–102(A)(4), (5) and (6); 2–102(A)(4) and (C); 2–106(A); 3–101(B); 6–101(A)(3); and 7–101(A)(3); and Gov.Bar R. V(4)(G). We further concur in the recommended sanction. Respondent is therefore suspended from the practice of law in Ohio indefinitely. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., dissents and would disbar respondent.